IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to a conflict of interest concerning district and magistrate judges in the Western District of North Carolina, the following civil case in the Western District of North Carolina is assigned to the Hon. Kevin F. McDonald, United States Magistrate Judge for the District of South Carolina: *Meyers v. Biecker et al.*, No. 5:23-cv-00187-MR.

**THEREFORE, IT IS ORDERED**, with the concurrence of the Hon. R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as-needed basis during the pendency of these cases.

**Dated this twenty-ninth day of November, 2023.**

_____
Honorable Martin Reidinger
Chief Judge